ORIGIN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

CR 11 01202

Case Number _____  Defendant Number **1** _____

U.S.A. v. LEVON PETROSIAN _____  Year of Birth **1955** _____

☑ Indictment      ☐ Information      Investigative agency (FBI, DEA, etc.) **USSS**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

FILED 2011 DEC 16 PM 2:30

## OFFENSE/VENUE

a. Offense charged as a:
  ☐ Misdemeanor      ☐ Minor Offense      ☑ Felony
  ☐ Petty Offense    ☐ Class B Misdemeanor

b. Date of offense __unknown to 8/25/11__

c. County in which first offense occurred
  __Los Angeles__

d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☑ Los Angeles        ☐ Ventura
  ☐ Orange             ☐ Santa Barbara
  ☐ Riverside          ☐ San Luis Obispo
  ☐ San Bernardino     ☐ Other _____

Citation of offense __18 U.S.C. §§ 1029(b)(2), 1029(a)(1),__
__1029(a)(4), and 2__

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?      ☑ No      ☐ Yes

  IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** __n/a__

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: __n/a__
  Case Number _____
  Charging _____

The complaint:       ☐ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*      ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT ?   ☐ Yes       ☐ No

This is the _____ superseding charge, i.e. 1ˢᵗ, 2ⁿᵈ.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes      ☐ No
IF YES, list language and/or dialect:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**

☑ Male ☐ Female
☐ U.S. Citizen ☑ Alien

Alias Name(s) _____

_____

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☑ Other: Access device fraud

_____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20 ____ 21 ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: n/a _____

_____

_____

_____

Date 12/16/2011 _____

_Monica Tait_ (signature)

_Signature of Assistant U.S. Attorney_

Monica E. Tait

_Print Name_