FILED
2012 JUL -9 AM 11:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL

DOCKETED ON CM
AUG 1 8 2012

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
4  MONICA E. TAIT (Cal. State Bar No.: 157311)
   Assistant United States Attorney
5  Major Frauds Section
6    1100 United States Courthouse
     312 North Spring Street
7    Los Angeles, California 90012
     Telephone: (213) 894-2931
8    Facsimile: (213) 894-6269
     E-mail: Monica.Tait@usdoj.gov
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11           UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13
14  UNITED STATES OF AMERICA,      )  CR No. 11-01202
                                   )
15              Plaintiff,         )  GOVERNMENT'S EX PARTE
                                   )  APPLICATION FOR LIMITED
16         v.                      )  UNSEALING OF INDICTMENT AND
                                   )  WARRANT; DECLARATION OF MONICA
17  LEVON PETROSIAN,               )  E. TAIT
                                   )
18              Defendant.         )  [UNDER SEAL]
                                   )
19  _____ )
20

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. State Bar No.: 157311)
Assistant United States Attorney
Major Frauds Section
  1100 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-2931
  Facsimile: (213) 894-6269
  E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-01202 |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S EX PARTE |
| v. | ) APPLICATION FOR LIMITED |
| | ) UNSEALING OF INDICTMENT AND |
| LEVON PETROSIAN, | ) WARRANT; DECLARATION OF MONICA |
| | ) E. TAIT |
| Defendant. | ) |
| | ) [UNDER SEAL] |

The government hereby applies ex parte for an order unsealing on a limited basis the indictment and warrant in this case so that these documents may be provided to law enforcement officials in foreign countries and to the International Criminal Police Organization ("INTERPOL") for the limited purpose of locating the defendant and arresting him. These documents, as well as the entire case, are presently under seal pursuant to prior court order entered on or about December 16, 2011, the date the indictment was filed.

1

1  This <u>ex parte</u> application is made pursuant to Federal Rule
2  of Criminal Procedure 6(e)(4) and the inherent supervisory
3  powers of the court, and is based on the attached declaration of
4  Monica E. Tait.  The government respectfully requests that this
5  application and declaration and the accompanying proposed order
6  be placed under seal, with the limited exception that the
7  proposed Order may also be provided to law enforcement officials
8  in foreign countries and to INTERPOL for the limited purpose of
9  locating the defendant or arresting him.

DATED: July 9, 2012                Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    */s/ Monica E. Tait*

                                    MONICA E. TAIT
                                    Assistant United States Attorney
                                    Major Frauds Section

                                        Attorneys for Plaintiff
                                        United States of America

## DECLARATION OF MONICA E. TAIT

1.  I am an assistant United States Attorney for the Central District of California, and I represent the government's interest in the government's prosecution of Levon Petrosian in the matter CR 11-1202. I make this declaration based on personal knowledge, unless otherwise indicated, and if called to testify I could and would competently testify thereto.

2.  On or about December 16, 2011, a grand jury in the Central District of California indicted defendant Petrosian for violations of 18 U.S.C. §§ 1029(b)(2)(Conspiracy to Commit Access Device Fraud, 1029(a)(1)(Using Counterfeit Access Devices); 1029(a)(4)(Possession of Device-making Equipment), and 2(b) (Causing an Act to Be Done).

3.  Petrosian has not yet been arrested on the indictment, nor been taken into custody on the charges contained therein, nor been informed that he is named as a defendant in that indictment. Based on what I have learned from the United States Secret Service ("USSS") case agent, Petrosian had contact with federal investigators prior to his indictment, but is no longer at his last known address and efforts to locate him have thus far failed.

4.  The USSS case agent has advised me that it is possible that Petrosian, a foreign national, has left the United States. The government respectfully requests that the Court partially lift the existing seal in this matter to allow the indictment and arrest warrant to be provided to law enforcement officials

//

//

in foreign countries and to INTERPOL for use in locating or arresting the defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 7/9/2012

*/s/ Monica E. Tait*
MONICA E. TAIT