NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    Monica.Tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEVON PETROSIAN,<br><br>    Defendant. | No. CR 11-01202<br><br>[PROPOSED] ORDER ON GOVERNMENT'S REQUEST FOR DISMISSAL |

    Based upon the government's request, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED as follows: indictment CR 11-01202 is dismissed without prejudice as to defendant Levon Petrosian, and any outstanding arrest warrants for defendant Petrosian are vacated.

JUL - 2 2020
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Monica E. Tait

Monica E. Tait, AUSA